UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSETTE HILTON,

               Plaintiff,

       *-against-*

CITY OF NEW YORK – NEW YORK CITY
DEPARTMENT OF FINANCE, SHENNETH
KING, and LEONARD NGUYEN,

            Defendants.

**ORDER**

23 Civ. 10358 (ER)

Ramos, D.J.:

    Defendants filed a motion to dismiss this action on February 14, 2024.  Doc. 14.  The motion is denied without prejudice.  All motions must be filed in accordance with the Court's Individual Practices, which require that the movant request a pre-motion conference prior to filing.  *See* Individual Rule 2(A)(ii).  The Clerk of Court is respectfully directed to terminate the motion, Doc. 14.

    SO ORDERED.

Dated:   February 15, 2024
        New York, New York

                               Edgardo Ramos, U.S.D.J.