UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSETTE HILTON,

                Plaintiff,

       -*against*-

CITY OF NEW YORK – NEW YORK CITY
DEPARTMENT OF FINANCE, SHENNETH
KING, and LEONARD NGUYEN,

                Defendants.

**ORDER**

23 Civ. 10358 (ER)

RAMOS, D.J.:

       Plaintiff Rosette Hilton filed an amended complaint on April 12, 2024.  Doc. 23.

Defendants may either answer or move to dismiss by May 6, 2024.  If Defendants move to

dismiss, Hilton's response shall be due May 28, 2024, and Defendants' reply shall be due June 6,

2024.

       SO ORDERED.

Dated:    April 15, 2024
          New York, New York

                                                        Edgardo Ramos, U.S.D.J.